176 A.3d 220

IN THE INTEREST OF L.C., A JUVENILE. (L.C.–PETITIONER)

C–361 September Term 2017
079968

December 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000537–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.